FILED

JAN 24 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RAYMOND MONTERO and SHIRLEY MONTERO, as Co-Administrators of the Estate of RONALD J. MONTERO,

                                            Plaintiffs,

-against-

WASHINGTON COUNTY, NEW YORK, PETER J. TELISKY, Chairman of Washington County Board of Supervisors, ROGER LECLAIRE, Washington County Sheriff, JOHN DOE, RICHARD ROE (Sheriffs Deputies of Washington County working as Correctional Officers at the Washington County Jail, the identity and number of whom is presently unknown to the Plaintiffs), JOHN DOE #2 (Shift Supervisor of Washington County Jail of C-Line on June 18, 1999), individually and as agents, servants and/or employees and corrections officers of the Washington County Sheriff's Department and Washington County,

                                            Defendant.

**STIPULATION DISCONTINUING ACTION**

**Case No. 01-CV-1718**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the clerk of the Court.

DATED: January 14, 2004

By: April M. Wilson, Esq.
O'CONNELL & ARONOWITZ
Attorneys for Plaintiffs
54 State Street
Albany, New York 12207
(518) 462-5601

DATED: December 29, 2004

By: Veronica Carozza O'Dell, Esq.
O'DELL and O'DELL, P.C.
Attorneys for Defendants
37 Chester Street
Glens Falls, New York 12801
(518) 745-0947

G:\DATA\ATTORNEY\AMW\Montero\STdiscontinuance-lh.doc

IT IS SO ORDERED.

Norman A. Mordue
U.S. District Judge

Dated: January 24, 2006